# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT C



M 03-00336 #00000002

In the Matter of the Search of
**The business of**
PW Arms, Inc. located at
8525 152nd Street
Redmond, Washington

FILED _____ ENTERED
LODGED _____ RECEIVED

JUN 19 2003    **SEARCH WARRANT**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                            DEPUTY

**CASE NUMBER:** *03-336 M(1)*

To **Special Agent MICHAEL B STEWART** and any Authorized Officer of the United States

Affidavit(s) having been made before me by **MICHAEL B STEWART** _____ who has reason to
Affiant

believe that ___ on the person of or **XX** on the premises known as (name, description and/or location)

The business known as PW Arms, Inc as further described as a multi-business building with metal siding that is tan in color with approximately the last three feet from the top being an off- white color There is a black awning with large white letters approximately ten inches in height that spell J E WORK, INC , located above a black walk-in door The black walk-in door with white numbers 8525 on it There is a window to the left of the black walk-in door and there is a small dark in color with white lettering sign that says J.E Work, Inc , in the top right corner of the window Located in the lower left corner of the window is a small white sign with red lettering that says "Don't even think of parking here " To the left of the black walk-in door is a large overhead garage door that is off- white in color and it is the second garage door in from the north. To the left of the garage door is a green garbage dumpster

in the _____**Western**_____ District of **Washington**_____ there is now concealed a certain person or property, namely
(describe)

*in over form (that)*

IMBEL FN FAL type machinegun parts kits and documentary evidence of the importation, storage and distribution of those parts kits (including documents relating to Case No. C02-1026L) which is evidence of violations of Title 18, United States Code, Sections 542, 545, 922(e), 922(o)(1) and Title 26, United States Code, Section 5861(d)

I am satisfied that the affidavit(s) submitted in support of this warrant and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish ground for the issuance of this warrant

## YOU ARE HEREBY COMMANDED to search on or before <u>June 23, 2003</u>
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the

search (in daytime -- 6 00 AM to 10 00 PM) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the

person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and

prepare a written inventory of the person or property seized and promptly return this warrant to **a United States Magistrate**

**Judge**_____ as required by law

<u>June 13, 2003</u>    *3:30 pm* at
Date and Time Issued

<u>Seattle, Washington</u>
City and State

**MARY ALICE THEILER, U.S Magistrate Judge**
Name & Title of Judicial Officer

Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE & TIME WARRANT EXECUTED | COPY OF WARRANT & RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 6/13/03 | 6/17/03   9:10 AM | Doug Work |

INVENTORY MADE IN THE PRESENCE OF
S/A  Brad Devlin    S/A  Michael Stewart

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See attachment

# CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant

_Michael Stewart_          6/19/03

Subscribed, sworn to, and returned to me this date

_Mulligan_          4-19-03

U S Judge or Magistrate

| | Description | Location | | Custody |
|---|---|---|---|---|
| 1 | Four Hard Drive Computer Images | Office | | ATF |
| 2 | Two Boxes of financial and misc. documents | Office | | ATF |
| 3 | Five Zip Drives | Upper Rear Office | | ATF |
| 4 | One FN/FAL Parts Kit S/N 204297 | 8533 152nd Redmond Way | | ATF |
| 5 | One FN/FAL Parts Kit S/N 230447 | 8525 152nd Redmond Way | | ATF |
| 6 | One M76 Machine Gun S/N 48432 | 8525 152nd Redmond Way | | ATF |
| 7 | One FN/FAL Machine Gun (packaged for sale) S/N 229930 (KIT) | 8525 152nd Redmond Way | | ATF |
| 8 | 133 boxes containing 5,928 FAL Kits | 8525 152nd Redmond Way | | ATF |
| 9 | 44 boxes containing 1,910 FAL Kits | 8539 152nd Redmond Way | | ATF |
| 10 | One pallet containing 49 FAL Kits | 8533 152nd Redmond Way | | ATF |
| 11 | One pallet containing 50 FAL Kits | 8533 152nd Redmond Way | | ATF |
| 12 | One FN/FAL M.G. KIT S/N 248473 | 8525 152nd Redmond Way | | ATF |
| 3 | One FN/FAL M.G. KIT S/N 246540 | 8525 157th Redmond Way | | ATF |