# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT 

In the Matter of the Search of
The business of
PW Arms, Inc. located at
8533 152nd Street
Redmond, Washington

M 03-00336 #00000003

FILED ___ ENTERED
___ LODGED ___ RECEIVED

# SEARCH WARRANT

JUN 19 2003

CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE
BY ___

CASE NUMBER: 03-336M(2)

To Special Agent MICHAEL B STEWART and any Authorized Officer of the United States

Affidavit(s) having been made before me by MICHAEL B STEWART who has reason to
Affiant

believe that ___ on the person of or XX on the premises known as (name, description and/or location)

8533 152nd Street, Redmond, Washington, is a multi-business, metal sided building, that is tan in color with a metal/silver overhead garage door that is the second door in from the west side of the building. Located to the left of the garage door is a black walk-in door with white numbers 8533 on it. To the left of the black walk-in door, there is a window with white trim. Above the window and walk-in door is a black awning with nothing written on it.

in the __Western__ District of __Washington__ there is now concealed a certain person or property, namely (describe) of any kind

IMBEL FN FAL type machinegun parts kits and documentary evidence of the importation, storage and distribution of those parts kits (including documents relating to Case No C02-1026L) which is evidence of violations of Title 18, United States Code, Sections 542, 545, 922(e), 922(o)(1) and Title 26, United States Code, Section 5861(d)

I am satisfied that the affidavit(s) submitted in support of this warrant and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish ground for the issuance of this warrant

**YOU ARE HEREBY COMMANDED** to search on or before __June 23 2003__
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in daytime -- 6 00 AM to 10 00 PM) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to __a United States Magistrate Judge__ as required by law

June 13, 2003  3:30pm at  Seattle, Washington
Date and Time Issued          City and State

MARY ALICE THEILER, U.S. Magistrate Judge
Name & Title of Judicial Officer          Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE & TIME WARRANT EXECUTED | COPY OF WARRANT & RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 6/13/03 | 6/17/03 9:10 AM | Doug Work |

INVENTORY MADE IN THE PRESENCE OF
S/A Michael Stewart   S/A Brad Devlin

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See attachment

# CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant

_Michael Stewart_  6/19/03
Subscribed, sworn to, and returned to me this date

_[signature]_  6-19-03
U S Judge or Magistrate

ATF CASE INVESTIGATION #787081-03-0012

| # | DESCRIPTION | LOCATION | |
|---|---|---|---|
| 1 | Four Hard Drive Computer Images | Office | ATF |
| 2 | Two Boxes of financial and misc documents | Office | ATF |
| 3 | Five Zip Drives | Upper Rear Office | ATF |
| 4 | One FN/FAL Parts Kit S/N 204297 | 8533 152nd Redmond Way | ATF |
| 5 | One FN/FAL Parts Kit S/N 230447 | 8525 152nd Redmond Way | ATF |
| 6 | One M76 Machine Gun S/N 48432 | 8525 152nd Redmond Way | ATF |
| 7 | One FN/FAL Machine Gun (packaged for sale) S/N 229930 (KIT) | 8525 152nd Redmond Way | ATF |
| 8 | 133 boxes containing 5,926 FAL Kits | 8525 152nd Redmond Way | ATF |
| 9 | 44 boxes containing 1,910 FAL Kits | 8539 152nd Redmond Way | ATF |
| 10 | One pallet containing 49 FAL Kits | 8533 152nd Redmond Way | ATF |
| 11 | One pallet containing 50 FAL Kits | 8533 152nd Redmond Way | ATF |
| 12 | ONE FN/FAL MG KIT S/N 248473 | 8525 152nd Redmond Way | ATF |
| 13 | ONE FN/FAL MG KIT S/N 246540 | 8525 152nd Redmond Way | ATF |

Bureau of Alcohol, Tobacco and Firearms
Seattle Field Division

Seattle I Field Office